UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH LUZIER, III,

    Plaintiff,

v.                                    Case No.  4:24-cv-524-MW-MJF

V. HUGGINS, *et al.,*

    Defendants.
                                     /

## ORDER

    Plaintiff, a Florida prisoner proceeding *pro se,* has filed a civil rights complaint, Doc. 1, and a motion for appointment of counsel, Doc. 7. The filing fee has been paid. Doc. 6.

    Plaintiff's complaint is deficient because it was not filed on the Northern District's form. *See* N.D. Fla. Loc. R. 5.7(A) (requiring that a *pro se* complaint in a civil rights case be filed on the Northern District's form; defining a civil rights case as a case that "asserts a claim under the United States Constitution or a statute creating individual rights, including, for example, 42 U.S.C. § 1983"). Plaintiff will be required to correct this deficiency by filing an amended complaint.

Plaintiff's motion for appointment of counsel will be denied. Plaintiff seeks counsel under 28 U.S.C. 1915(e)(1). *See* Doc. 7 at 1. That section, which is part of the *in forma pauperis* statute, provides: "The court may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1).

Plaintiff has not demonstrated that he qualifies to obtain counsel under section 1915(e)(1). Plaintiff admits that he has "three strikes" under 28 U.S.C. 1915(g). *See* Doc. 1 at 17; *see also* Doc. 1-1 ("Due to me being a 3 strike inmate, I am required to pay the $405.00 filing fee."). When a prisoner is barred by 1915(g) from proceeding under section 1915, "he [is] not entitled to any of the benefits that accrue to one who proceeds *in forma pauperis*" and thus is "statutorily precluded from obtaining counsel pursuant to 1915(e)(1)." *Brightwell v. Lehman*, 637 F.3d 187, 192 (3d Cir. 2011); *see also Mills v. Fischer*, 645 F.3d 176, 177-78 (2d Cir. 2011) (same).

Accordingly, it is **ORDERED**:

1. Plaintiff's motion for appointment of counsel, Doc. 7, is **DENIED** without prejudice.

2. The clerk of court shall forward to Plaintiff the following:

      a.    a notice of voluntary dismissal form; **AND**

      b.    a prisoner civil rights complaint form.

This case number should be written on the forms. In addition, the words "Amended Complaint" should be written on the complaint form.

    3.    **On or before FEBRUARY 28, 2025**, Plaintiff shall file:

      a.    a notice of voluntary dismissal; **OR**

      b.    an amended complaint on the Northern District's § 1983 complaint form.

    4.    Plaintiff's failure to comply with this order likely will result in this case being dismissed for failure to prosecute, failure to comply with an order of this court, and failure to comply with the Local Rules for the Northern District of Florida.

**SO ORDERED** this 29th day of January 2025.

                            /s/ *Michael J. Frank*
                            **Michael J. Frank**
                            **United States Magistrate Judge**