

4:24cv524
MW/MJF
Document 8
Order