UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH LUZIER, III,

    Plaintiff,

v.                              Case No.  4:24-cv-524-MW-MJF

V. HUGGINS, *et al.*,

    Defendants.
_____/

## ORDER

Plaintiff Joseph Luzier, III, a Florida prisoner proceeding *pro se*, has filed an amended civil rights complaint under 42 U.S.C. § 1983. Doc. 10. Because Plaintiff paid the full filing fee and is not proceeding *in forma pauperis*, Plaintiff is responsible for serving process on each Defendant. *See* Fed. R. Civ. P. (c)(1); Fed. R. Civ. P. 4(e) (instructions for serving an individual); Fed. R. Civ. P. 4(d) (instructions for requesting a waiver of service).

Accordingly, it is **ORDERED**:

1.    Plaintiff's deadline to serve Defendants is **JUNE 26, 2025**. *See* Fed. R. Civ. P. 4(m).

2.  Plaintiff's failure to timely serve a Defendant or obtain that Defendant's waiver of service likely will result in dismissal of Plaintiff's claim(s) against that Defendant.

**SO ORDERED** on March 28, 2025.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**