UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH (JOEY) LUZIER, III,
    Plaintiff,
v.                                              Case No.: 4:24-CV-524
SGT. V. HUGGINS, et.al.,
    Respondents.

NOTICE

Comes Now, the Plaintiff, Joseph (Joey) Luzier, III, Pro Se, and gives notice to this Honorable Court regarding the status of Plaintiff having Respondents served by June 26th, 2025. As for the facts, the Plaintiff states:

FACTS

1) Plaintiff, acting Pro Se, hired, "Process Service Of America, Inc." of Tallahassee, Florida, to serve the Defendants in this case.

2) Due to unforseen circumstances of the Process Server, Christopher "Chris" Compton, having a mild heart attack on June 20th, 2025, requiring visits to his Doctors the week of June 23rd, 2025, making it impossible to arrainge and serve Defendants by June 26th, 2025, which was of no fault of the Plaintiff, who is incarcerated and

limited to outside contacts, Defendant Huggins, Chuna, Spivey and Pridgen were served on June 27th, 2025, Defendant Hitchcock was served on July 2nd, 2025, and Defendant Allen was served on July 9th, 2025.

3) Plaintiff is moving to Dismiss w/o Prejudice, the Claim against Defendant Castano due to Plaintiff being unable to locate her as a result of her no longer being employed at Wakulla C.I.

4) Plaintiff made efforts to the best of her ability to abide by this Honorable Court's Order to have the Defendants served by June 26th, 2025 by hiring the services of a Process Server prior to the deadline set and should not be sanctioned due to the unforseen circumstances that caused the delay.

Respectfully,

/Joseph (Joey) Luzier III
ID # 4038002
Brevard Co. Jail Complex
860 Camp Road
Cocoa FL 32927
Plaintiff - Pro Se