IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOSEPH LUZIER, III,**

    *Plaintiff*,

v.                                    Case No.: 4:24cv524-MW/MJF

**V. HUGGINS, et al.,**

    *Defendants.*

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 44. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 44, is **accepted and adopted** as this Court's opinion. Defendants' motion to extend time, ECF No. 31, is **GRANTED**. Defendants' Rule 12(b) motion, ECF No. 30, is deemed timely filed. Defendants' motion to quash service and dismiss this case, ECF No. 30, is **GRANTED in part** and **DENIED in part**. Service is hereby **QUASHED** but Defendants' motion to dismiss is **DENIED without prejudice**. Plaintiff's amended motion for default judgment, ECF No. 40, is **DENIED**. Plaintiff must properly serve

Defendants **on or before November 12, 2025.**

**SO ORDERED on October 17, 2025.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**
