IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH LUZIER, III,

    *Plaintiff*,

v.                                             Case No.: 4:24cv524-MW/MJF

HUGGINS, et al.,

    *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 58. Days after the Report and Recommendation was filed, Plaintiff filed a notice of change of address, ECF No. 59, and the Clerk mailed a copy of the Report and Recommendation to the new address on the same day. This Court has also confirmed with the Clerk's Office that Plaintiff has been in contact with the Clerk's Office regarding the Report and Recommendation and that Plaintiff has received the Report and Recommendation. However, Plaintiff has not filed any objections or requested any additional time to file objections. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 58, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is

**DISMISSED without prejudice** for Plaintiff's failure to timely effect service or obtain waivers of service." The Clerk shall close the file.

**SO ORDERED on March 6, 2026.**

s/Mark E. Walker  
**United States District Judge**